IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-00148-D2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| TREVERIS MONTEL COWARD, | ) | |

This matter comes before the Court on the Motion to Reconsider. For good cause shown, the Motion is GRANTED, and it is ORDERED that William F. Finn, Jr. shall be re-appointed to represent the Defendant.

The Court finds that any delay occasioned by granting of the motion is excluded from the Speedy Trial Act calculations, because the ends of justice served by the granting of the motion outweigh the interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161 (h)(7)(A) by permitting Defendant and his new counsel sufficient time to prepare his defense.

SO ORDERED. This 16 day of June, 2022.

JAMES C. DEVER III
United States District Judge